# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE STAMM, | CIVIL ACTION |
| Plaintiff, | Case No.: 2:25-cv-00463 |
| v. | |
| IRON MOUNTAIN, INC., | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED R. CIV P. RULE 41 (a)(1)(A)(i)** |
| Defendants. | |

Filed on behalf of Plaintiff:
Clarence Stamm

Attorneys for Plaintiff:

Thomas W. King, III, Esq.
PA I.D. No. 21580
tking@dmkcg.com

Thomas E. Breth, Esq
PA I.D. 66350
tbreth@dmkcg.com

DILLON McCANDLESS KING
COULTER & GRAHAM

128 W. Cunningham Street
Butler, PA 16001

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE STAMM, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | Case No.: 2:25-cv-00463 |
| | ) | |
| v. | ) | |
| | ) | |
| IRON MOUNTAIN, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED R. CIV P. RULE 41 (a)(1)(A)(i)

Pursuant to Fed R. Civ P. Rule 41(a)(1)(A)(i) Plaintiffs, Clarence Stamm, by and through their counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against the Defendants. The Parties have reached an agreement that will confidentially resolve the claims alleged in this case.

Respectfully Submitted,

**DILLON McCANDLESS KING COULTER & GRAHAM**

Date: __4/24/2025_____

By: __/s/ Thomas W. King, II_____
Thomas W. King, III, Esq.
PA I.D. No. 21580
tking@dmkcg.com

Thomas E. Breth, Esq.
PA I.D. 66350
tbreth@dmkcg.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April, 2025, a true and correct copy of the foregoing **Notice of Voluntary Dismissal with Prejudice Pursuant to Fed R. Civil P. Rule 41 (a)(1)(A)(i)** was served upon all counsel of record via email only, as follows:

**Via Email and USPS First-Class Mail**

Iron Mountain, Inc.
Cindy Westervelt
1101 Enterprise Dr.
Royersford, PA 19468
Cindy.westervelt@ironmountain.com

  /s/ Thomas W. King, III
Thomas W. King, III, Esquire
PA. I.D. No. 21580
tking@dmkcg.com

Thomas E. Breth, Esquire
PA. I.D. No. 66350
tbreth@dmkcg.com

**DILLON McCANDLESS KING COULTER & GRAHAM, LLP**
128 West Cunningham Street
Butler, PA 16001
Telephone: (724) 283-2200
Facsimile: (724) 283-2298